IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

LARRY D. CARTER, JR.         )
                             )
v.                           )     NO. 2:15-CV-40
                             )
CAROLYN W. COLVIN            )
Acting Commissioner of Social Security )

## **O R D E R**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated September 9, 2015. After careful consideration of the Report and Recommendation of the United States Magistrate Judge, [Doc. 24], it is hereby **ORDERED** that the Report and Recommendation is **ADOPTED** and **APPROVED**, and that the plaintiff's motion for attorney fees, costs and expenses under the Equal Access to Justice Act, 28 U.S.C. §2412(d)(1)(A) is **GRANTED**. [Doc. 19]. Accordingly, a sum of $2,600.00 for attorney fees, plus the sum of $400.00 in costs and the sum of $20.10 in expenses, is awarded to the plaintiff.

ENTER:

s/J. RONNIE GREER<br>
UNITED STATES DISTRICT JUDGE